## TOWN OF WINDHAM *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 522 (AC 17064), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Victor R. Perpetua*, in support of the petition.

*Richard S. Cody*, in opposition.

Decided June 17, 1998

## TOWN OF WINDHAM *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 529 (AC 17065), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the gathering of four members of the Windham board of

selectmen to discuss an upcoming meeting of that board was not a 'meeting' for purposes of General Statutes § 1-21 because the four members did not constitute a quorum under General Statutes § 1-18a (b)?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15961.

*Victor R. Perpetua*, in support of the petition.

*Richard S. Cody*, in opposition.

Decided June 17, 1998